UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No. 2:23-mj-499

**Siyuan Ye**

**COURTROOM MINUTES**

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 9/6/2023 1:30pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Pete Glenn-Applegate |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Jennifer Chadwick |

Hearing Type: Detention Hearing

The Court found there were no conditions of release that would reasonably assure Defendant's appearance and the safety of the community.