OSU.EDU     Help   BuckeyeLink   Map   Find People   Webmail   Search Ohio State

# THE OHIO STATE UNIVERSITY

## GLOBAL LEADERSHIP INITIATIVE

HOME   WHO ARE WE? ▾   WHAT DO WE DO? ▾   APPLY   CONTACT US

### 2019-2020 Members





**BOOKMARKS**

GLI's LinkedIn Page
Global Engagement on Facebook
Office of International Affairs

Search this blog...

**PAGES**

Apply
Community Outreach
Contact Us
Executive Board


DEFENDANT'S EXHIBIT 1



### Siyuan "Ryan" Ye

**Hometown**: Shanghai, China

**Year**: Junior

**Major & Minor**: Material Science Engineering

**Project Group**: Immigration

**Interests & Fun Facts**: I used this website called Couchsurfing and lived at strangers' home in NYC for free for one week; I am an ankle breaker on basketball court; I used to be able to play the piano song named the flight of bumble bee in 1 minute.

**What word would you use to describe GLI and why?**

I would use 'professional'. We have monthly banquet networking dinners that provide us with an opportunity to interact with experienced and successful leaders, entrepreneurs and faculty members from various fields. We need to have professional manners to socialize and connect with those people as a future leader.

**As a future leader, what does it mean, to you, to be globally-minded?**

To be globally-minded means understanding and acceptance of people who come from a different culture or background. It is very important for people to respect and get to know

better about other coworkers in workplace in order to fulfill future collaboration successfully despite their cultural and religious backgrounds.

**How do you think GLI can contribute to your future professional career?**

Monthly dinner. I can learn more business even global affairs from authority speakers. Also, everyone is excited to talk with each other and share their ideas. I can learn more things from that.

### The Ohio State University

**Office of International Affairs**

Promoting Global Perspectives at Ohio State | 140 Enarson Classroom Building, 2009 Millikin Road, Columbus, OH 43210

Phone: 614-292-6101 | gli.oia.osu@gmail.com

Global Leadership Initiative (GLI) is part of the Global Engagement program under Office of International Affairs (OIA) at The Ohio State University.

If you have trouble accessing this page and need to request an alternate format, contact u@osu.edu

The content of this site is published by the site owner(s) and is not a statement of advice, opinion, or information pertaining to The Ohio State University. Neither text, nor links to other websites, is reviewed or endorsed by The Ohio State University.