58875 - C37



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

    PLAINTIFF,

VS.

SI Y. YE,

    DEFENDANT.

22 CR 4616
CASE NUMBER

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2022 OCT -5 AM 10: 14
CLERK OF COURTS

\*\*\* SUMMONS ON INFORMATION - INDICTMENT (RULES 4 & 9) \*\*\*

AN ( ) INFORMATION ( ) INDICTMENT, A COPY OF WHICH IS ATTACHED, HAS BEEN FILED IN THIS COURT CHARGING YOU WITH THE OFFENSES INDICATED BELOW:

TO: SI Y. YE
    2875 OLENTANGY RIVER RD    #346
    COLUMBUS, OH 43202-0000

| Statute | Degree | Offense |
|---|---|---|
| 2913.51 | F5 | RCVNG STOLEN PROPRTY |
| 2913.51 | F5 | RCVNG STOLEN PROPRTY |
| 2913.31 | F5 | FORGERY |

YOU ARE HEREBY SUMMONED AND ORDERED TO APPEAR AT 01:00 O'CLOCK PM ON MONDAY , 17 DAY OF OCTOBER , 2022 , IN COURTROOM 3C
    LOCATED AT: 345 SOUTH HIGH STREET
                3RD FLOOR
                COLUMBUS, OH 43215
IF YOU FAIL TO APPEAR AT THE TIME AND PLACE STATED ABOVE, YOU MAY BE ARRESTED. PLEASE BE PREPARED TO DEPOSIT A $60.00 FEE WHEN POSTING BOND. IF YOU HAVE A QUESTION REGARDING YOUR DUTY TO APPEAR, CALL (614) 525-3650.

ADVISEMENT OF RIGHTS
PLEASE BE ADVISED THAT YOU HAVE A RIGHT TO AN ATTORNEY. IF YOU DESIRE TO BE REPRESENTED BY AN ATTORNEY BUT CANNOT AFFORD TO HIRE ONE, PLEASE CALL THE FRANKLIN COUNTY PUBLIC DEFENDER AT (614) 525-3194 IMMEDIATELY UPON RECEIVING THIS NOTICE. ASK TO SPEAK TO A FELONY LAW CLERK TO DETERMINE IF YOU ARE ELIGIBLE TO HAVE COUNSEL APPOINTED TO REPRESENT YOU.

                                      MARYELLEN O'SHAUGHNESSY
                                      CLERK, COURT OF COMMON PLEAS
                                      FRANKLIN COUNTY, OHIO

                                      BY: JANIE STANLEY , DEPUTY

(CTY356-C21)

EXHIBIT (Defendant) 2

58875 - B98

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

22 CR 4616

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2022 OCT -5 AM 10: 14
CLERK OF COURTS

SI Y. YE
2875 OLENTANGY RIVER
#346

COLUMBUS, OH
43202-0000

10/04/22

CERTIFIED
NUMBER

9214890119 522808157871
CTY361

**UNITED STATES POSTAL SERVICE.**

5888

Date Produced: 10/17/2022

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2808 1578 71. Our records indicate that this item was delivered on 10/11/2022 at 03:12 p.m. in COLUMBUS, OH 43202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

CLERK OF COURTS
2022 OCT 19 PH 2: 21
FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

Customer Reference Number:      4320222CR04616YE

59101 - B7

**IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO**
**CRIMINAL DIVISION**

State of Ohio,

    Plaintiff,

vs.

SI Y YE

    Defendant

Case No 22-CR-004616

Judge: Not Assigned

Recog: $ 1,000   Reporting: ☉Yes  ◯No

Rept. W/: ☐Drug Screens ☐Alcohol Screens
☑Drug & Alcohol Screens ☐By Phone

Surety: _____

Surety OR Appearance: $ 25,000

FILED COMMON PLEAS COURT FRANKLIN CO. OHIO
2023 AUG 28 PM 3: 20
CLERK OF COURTS

☐ Defendant Waived Bond - No Bond Set

☐ Bond Not Set - '*No Bond Hearing*' to be Scheduled

**As a Further Condition of Bond:**

☐ As a condition of the Defendant's Bond, the Defendant **SHALL** have no contact, either direct or indirect, with any of the alleged victim(s) identified in the indictment, or with any of the witnesses. Furthermore, the Defendant **SHALL** stay 500 feet away from any address(es) listed in the indictment.

☐ Verify employment and maintain employment.

☐ Verify and maintain school attendance.

☐ The Defendant is not to Possess or Use a Firearm of any kind.

☐ Make child support payments.

☐ No unsupervised contact with minors.

☐ No internet access except as required for employment.

☐ Undergo Mental Health Assessment.  ☐ Undergo Drug Assessment.

☑ Electronic Monitoring (select one)

    ☑ Home confinement: with privileges

        ☐School ☐Work ☐Treatment ☐Religion ☐Medical ☐Social Services

    ☐ Exclusionary Zones Only

☐ The Defendant **SHALL** have his/her photo identification, fingerprints and a DNA sample taken by the Franklin County Sheriff's Office. By: _____

☐ Surrender Passport, Green card or other government issued travel documents.

☐ Other

Date 8/28/2023

                                                    Judge/Magistrate

v22.11.4

59102 - B88

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

    PLAINTIFF,

    VS.    22 CR 4616

SI Y. YE,

    DEFENDANT.

**** BAIL OR RECOGNIZANCE OF THE ACCUSED **** (PAGE 2)

AND ABIDE THE ORDER AND JUDGMENT OF THE COURT, AND APPEAR FROM DAY TO DAY AND NOT DEPART WITHOUT LEAVE, UNTIL SUCH CASE IS FINALLY DISPOSED OF; THEN THIS BAIL OR RECOGNIZANCE SHALL BE VOID; OTHERWISE IT SHALL BE AND REMAIN IN FULL FORCE AND VIRTUE IN LAW.

THE DEFENDANT IS OBLIGATED TO KEEP THE COURT APPRISED OF (HIS) (HER) ADDRESS, INCLUDING ZIP CODE, TO KNOW THE DATE OF ALL SCHEDULED APPEARANCES AND TO APPEAR IN THIS COURT ON THOSE DATES, (HE) (SHE) UNDERSTANDS THAT THE COURT WILL, WITHIN TWENTY-ONE (21) DAYS FOLLOWING ARRAIGNMENT, NOTIFY (HIM) (HER) OF (HIS) (HER) NEXT SCHEDULED APPEARANCE AND THAT, ABSENT THAT NOTIFICATION, (HE) (SHE) MAY CALL THE CLERK OF COURTS AT (614) 525-3650 TO FIND OUT (HIS) (HER) NEXT APPEARANCE DATE. THE DEFENDANT AGREES THAT (HE) (SHE) BE FINGERPRINTED AND PHOTOGRAPHED BY THE FRANKLIN COUNTY SHERIFF.
    ADDITIONAL CONDITIONS:
    *ELCTRNC MNTRNG-HOME CNFNMT*RPT TO CNTRL INTK 345 S.HIGH ST, 1ST FL ON RLSE 614-525-6073.DRUG/ALC SCREENS

SIGNED AS A CHARGE BOND:

Logan Williamson (NAME)

X Si Y. Ye (DEFENDANT NAME)

120 E Main St Pierre Bail Bonds (ADDRESS)

X 465 E STATE ST (STREET ADDRESS)

Columbus Ohio 43215 (CITY, STATE, ZIP)

X Columbus Ohio 43215 (CITY, STATE, ZIP)

TAKEN AND ACKNOWLEDGED BEFORE ME ON

THE 29 DAY OF AUGUST , 2023

WITNESSED BY: Dep Slack #1047

(CTYQ03-C03)

59102 - B89

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

    PLAINTIFF,

VS.                    22 CR 4616

SI Y. YE,

    DEFENDANT.

**** BAIL OR RECOGNIZANCE OF THE ACCUSED **** (PAGE 1)
TO APPEAR BEFORE THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO

    BE IT REMEMBERED, THAT ON THE 29 DAY OF AUGUST , 2023,
SI Y. YE                      AND
SELF                                PERSONALLY APPEARED BEFORE
ME, AND JOINTLY AND SEVERALLY ACKNOWLEDGED THEMSELVES TO OWE TO THE
STATE OF OHIO, THE SUM OF    1,000.00 REPT RECOG DOLLARS, TO BE
LEVIED ON THEIR GOODS AND CHATTELS, LANDS AND TENEMENTS, IF DEFAULT BE
MADE IN THE CONDITION FOLLOWING, TO WIT:
    THE CONDITION OF THE BAIL OR RECOGNIZANCE IS SUCH THAT IF THE ABOVE-
BOUND DEFENDANT, SI Y. YE                        , PERSONALLY
BE AND APPEAR BEFORE THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY OR A
TRANSFEREE COURT, THEN AND THERE TO ANSWER TO CERTAIN CHARGE(S) FILED
HEREWITH AGAINST (HIM) (HER) FOR:

| | | |
|---|---|---|
| 2913.51 | F5 | RCVNG STOLEN PROPRTY |
| 2913.51 | F5 | RCVNG STOLEN PROPRTY |
| 2913.31 | F5 | FORGERY |

(CTYQ03-C03)

2

VERIFY FIRST   THIS DOCUMENT IS PRINTED IN BLUE & BLACK INKS

| Only the original Power of Attorney 59102 will bind the Surety. B87 | POWER OF ATTORNEY  Allegheny Casualty Company  PO Box 5600, Thousand Oaks, CA 91359  (800) 935-2245    info@aiasurety.com | POWER NUMBER AS30K-213977 |

**THIS POWER VOID IF NOT USED BY:** February 29, 2024        **POWER AMOUNT $** 30,000

KNOW ALL MEN BY THESE PRESENTS, that **Allegheny Casualty Company**, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF

**THIRTY THOUSAND**************************************
AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

Authority of such Attorney-in-Fact is limited to the execution of appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearances. A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

Bond Amt $ 25000            Date Executed 29-Aug-2023
Defendant Ye, Si Yuan       D.O.B 4-Nov-1999
Case # 22CR4616             Appearance Date
Offense RSP, Forgery
Court County Franklin       Total Premium Charged
Court City Columbus         Court State OH   Div./Dept. FCP

NOTICE: Stacking of Powers is strictly prohibited. No more than one power from this Surety may be used to post any one bail amount.

IN WITNESS WHEREOF, said Allegheny Casualty Company, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its Vice Presidents, this 5th day of November, 2018.

Robert Kersnick, Vice President
James D. Portolan, Vice President

[ALLEGHENY CASUALTY COMPANY CORPORATE SEAL 1936 NEW JERSEY]

If rewrite, give orig. power # _____   ☐ Increase  ☐ Decrease
Executing Agent _Logan Williams_ 11/30/__
                 Signature                License Number

Form# ACC.0100 (10/21)  NOT VALID FOR IMMIGRATION OR FEDERAL BONDS    ORIGINAL         1204013053

59102 - B86

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

    PLAINTIFF,

    VS.    22 CR 4616

SI Y. YE,

    DEFENDANT.

**** BAIL OR RECOGNIZANCE OF THE ACCUSED **** (PAGE 1)
TO APPEAR BEFORE THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO

BE IT REMEMBERED, THAT ON THE 29 DAY OF AUGUST , 2023,
SI Y. YE                                                    AND
ALLEGHENY CASUALTY COMPANY                                  PERSONALLY APPEARED BEFORE
ME, AND JOINTLY AND SEVERALLY ACKNOWLEDGED THEMSELVES TO OWE TO THE
STATE OF OHIO, THE SUM OF   25,000.00 APPR/SURETY DOLLARS, TO BE
LEVIED ON THEIR GOODS AND CHATTELS, LANDS AND TENEMENTS, IF DEFAULT BE
MADE IN THE CONDITION FOLLOWING, TO WIT:
    THE CONDITION OF THE BAIL OR RECOGNIZANCE IS SUCH THAT IF THE ABOVE-
BOUND DEFENDANT, SI Y. YE                                 , PERSONALLY
BE AND APPEAR BEFORE THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY OR A
TRANSFEREE COURT, THEN AND THERE TO ANSWER TO CERTAIN CHARGE(S) FILED
HEREWITH AGAINST (HIM) (HER) FOR:

    2913.51            F5   RCVNG STOLEN PROPRTY
    2913.51            F5   RCVNG STOLEN PROPRTY
    2913.31            F5   FORGERY

(CTYQ03-C03)

3

Franklin County Ohio Clerk of Courts of the Common Pleas- 2023 Aug 29 11:18 AM-22CR004616

0B921 - R21

**IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO**

**CRIMINAL DIVISION**

State of Ohio,

    Plaintiff,

vs.

SI Y YE

    Defendant

Case No. 22-CR-004616

Judge Not Assigned

## AFFIDAVIT OF INDIGENCY

I, SI Y YE _____, being duly cautioned and sworn, say that;

1. I am accused of the crime(s) as stated in indictment in this matter;
2. I am financially unable to retain private counsel without substantial hardship to me or to my family;
3. I understand that I must inform the assigned counsel if my financial situation should change before the disposition of my case;
4. I understand that I am subject to criminal charges for providing false information; and
5. I understand that if it is determined by the County, or by the Court, that the legal representation that was provided for me, was not entitled, I may be required to reimburse the County for the cost of representation provided. Any action filed by the County to collect legal fees hereunder, must be brought within two years from the last date legal representation was provided.

_/s/ S. Ye (AC)_
Defendant Signature

265 E State St, Apt 411
Address
Columbus, Ohio     43215
City, State     Zip
(614) 963-2450
Telephone

County of Franklin,
State of Ohio, SS:

Sworn to and subscribed in my presence this _____ day of _____, _____.

_____
Notary Public

********** JOURNAL ENTRY **********

The Defendant, being brought into court in the charge of the Sheriff and it appearing that the Defendant is in indigent circumstances and unable to employ counsel, the Court, at defendant's request, appoints ___Emily Anstaett___, as counsel for defense.

_____
Arraignment Judge/Magistrate

v20.4.11