58875 - C28

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

    PLAINTIFF,

VS.

SI Y. YE,

    DEFENDANT.

22 CR 4607
CASE NUMBER

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2022 OCT -5 AM 9:58
CLERK OF COURTS

\*\*\* SUMMONS ON INFORMATION - INDICTMENT (RULES 4 & 9) \*\*\*

AN ( ) INFORMATION ( ) INDICTMENT, A COPY OF WHICH IS ATTACHED, HAS BEEN FILED IN THIS COURT CHARGING YOU WITH THE OFFENSES INDICATED BELOW:

TO: SI Y. YE
    2875 OLENTANGY RIVER RD     #346
    COLUMBUS, OH 43202-0000

| Statute | Degree | Offense |
|---|---|---|
| 2913.02 | F4 | THEFT |
| 2913.51 | F4 | RCVNG STOLEN PROPRTY |
| 2913.31 | F5 | FORGERY |

YOU ARE HEREBY SUMMONED AND ORDERED TO APPEAR AT 01:00   O'CLOCK PM
ON WEDNESDAY , 19  DAY OF OCTOBER   , 2022 , IN COURTROOM 3C
    LOCATED AT: 345 SOUTH HIGH STREET
               3RD FLOOR
               COLUMBUS, OH 43215
IF YOU FAIL TO APPEAR AT THE TIME AND PLACE STATED
ABOVE, YOU MAY BE ARRESTED.  PLEASE BE PREPARED TO DEPOSIT A   $60.00
FEE WHEN POSTING BOND.  IF YOU HAVE A QUESTION REGARDING YOUR DUTY
TO APPEAR, CALL (614) 525-3650.

ADVISEMENT OF RIGHTS
PLEASE BE ADVISED THAT YOU HAVE A RIGHT TO AN ATTORNEY. IF YOU DESIRE
TO BE REPRESENTED BY AN ATTORNEY BUT CANNOT AFFORD TO HIRE ONE,
PLEASE CALL THE FRANKLIN COUNTY PUBLIC DEFENDER AT (614) 525-3194
IMMEDIATELY UPON RECEIVING THIS NOTICE. ASK TO SPEAK TO A FELONY
LAW CLERK TO DETERMINE IF YOU ARE ELIGIBLE TO HAVE COUNSEL APPOINTED
TO REPRESENT YOU.

                                        MARYELLEN O'SHAUGHNESSY
                                        CLERK, COURT OF COMMON PLEAS
                                        FRANKLIN COUNTY, OHIO

                                      BY: JANIE STANLEY , DEPUTY

                                                               (CTY356-C21)

EXHIBIT
(defendant's)
3

58875 - B89

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

22 CR. 4607

*2022 OCT -5 AM 9:58*
*CLERK OF COURTS*
*FILED*
*COMMON PLEAS COURT*
*FRANKLIN CO. OHIO*

SI Y. YE
2875 OLENTANGY RIVER
#346

COLUMBUS, OH
43202-0000

10/04/22

CERTIFIED
NUMBER

9214890119 522808157789
CTY361



58888

**UNITED STATES POSTAL SERVICE.**

Date Produced: 10/17/2022

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2808 1577 89. Our records indicate that this item was delivered on 10/11/2022 at 03:12 p.m. in COLUMBUS, OH 43202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2022 OCT 19 PM 2:21
CLERK OF COURTS

Customer Reference Number:     4320222CR04607YE

59101 - B6

**IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO**

**CRIMINAL DIVISION**

State of Ohio,
    Plaintiff,
vs.
SI Y YE
    Defendant

Case No 22-CR-004607
Judge: Not Assigned

FILED COMMON PLEAS COURT FRANKLIN CO OHIO
2023 AUG 28 PM 3:19
CLERK OF COURTS

Recog: $ 2,000     Reporting: ● Yes  ○ No

Rept. W/: ☐ Drug Screens  ☐ Alcohol Screens  ☐ Drug & Alcohol Screens  ☐ By Phone

Surety: _____

Surety OR Appearance: $ 25,000

☐ Defendant Waived Bond - No Bond Set
☐ Bond Not Set - '*No Bond Hearing*' to be Scheduled

**As a Further Condition of Bond:**

☐ As a condition of the Defendant's Bond, the Defendant **SHALL** have no contact, either direct or indirect, with any of the alleged victim(s) identified in the indictment, or with any of the witnesses. Furthermore, the Defendant **SHALL** stay 500 feet away from any address(es) listed in the indictment.

☐ Verify employment and maintain employment.
☐ Verify and maintain school attendance.
☐ The Defendant is not to Possess or Use a Firearm of any kind.
☐ Make child support payments.
☐ No unsupervised contact with minors.
☐ No internet access except as required for employment.
☐ Undergo Mental Health Assessment.    ☐ Undergo Drug Assessment.
☑ Electronic Monitoring (select one)
  ☑ Home confinement: with privileges
    ☐ School  ☐ Work  ☐ Treatment  ☐ Religion  ☐ Medical  ☐ Social Services
  ☐ Exclusionary Zones Only
☐ The Defendant **SHALL** have his/her photo identification, fingerprints and a DNA sample taken by the Franklin County Sheriff's Office. By: _____
☐ Surrender Passport, Green card or other government issued travel documents.
☐ Other

Date 8/28/2023                              _____
                                            Judge/Magistrate

v22.11.4

59102 - B81

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

    PLAINTIFF,

VS.               22 CR 4607

SI Y. YE,

    DEFENDANT.

**** BAIL OR RECOGNIZANCE OF THE ACCUSED ****  (PAGE 1)
TO APPEAR BEFORE THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO

BE IT REMEMBERED, THAT ON THE 29 DAY OF AUGUST , 2023,
SI Y. YE AND
ALLEGHENY CASUALTY COMPANY     PERSONALLY APPEARED BEFORE
ME, AND JOINTLY AND SEVERALLY ACKNOWLEDGED THEMSELVES TO OWE TO THE
STATE OF OHIO, THE SUM OF    25,000.00 APPR/SURETY DOLLARS, TO BE
LEVIED ON THEIR GOODS AND CHATTELS, LANDS AND TENEMENTS, IF DEFAULT BE
MADE IN THE CONDITION FOLLOWING, TO WIT:
   THE CONDITION OF THE BAIL OR RECOGNIZANCE IS SUCH THAT IF THE ABOVE-
BOUND DEFENDANT, SI Y. YE                  , PERSONALLY
BE AND APPEAR BEFORE THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY OR A
TRANSFEREE COURT, THEN AND THERE TO ANSWER TO CERTAIN CHARGE(S) FILED
HEREWITH AGAINST (HIM) (HER) FOR:

| | | |
|---|---|---|
| 2913.02 | F4 | THEFT |
| 2913.51 | F4 | RCVNG STOLEN PROPRTY |
| 2913.31 | F5 | FORGERY |

(CTYQ03-C03)

3

VERIFY FIRST - THIS DOCUMENT IS PRINTED IN BLUE & BLACK INKS

# POWER OF ATTORNEY
## Allegheny Casualty Company
PO Box 5600, Thousand Oaks, CA 91359
(800) 935-2245    info@aiasurety.com

Only the original Power of Attorney will bind this Surety.
59102 B82

POWER NUMBER AS30K-213976

**THIS POWER VOID IF NOT USED BY:** February 29, 2024

**POWER AMOUNT $** 30,000

KNOW ALL MEN BY THESE PRESENTS, that **Allegheny Casualty Company**, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF

THIRTY THOUSAND*************************************

AND MAY BE EXECUTED FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

Authority of such Attorney-in-Fact is limited to the execution of appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearances. A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

Bond Amt $ 25,090
Date Executed 29-Aug-2023
Defendant Ye, Si Yuan
D.O.B. 4-Nov-1999
Case # 22CR467
Appearance Date
Offense RSP, Theft, Forgery
Court County Franklin
Total Premium Charged
Court City Columbus
Court State OH   Div./Dept FCP

NOTICE: Stacking of Powers is strictly prohibited. No more than one power from this Surety may be used to post any one bail amount.

IN WITNESS WHEREOF, said Allegheny Casualty Company, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its Vice Presidents, this 5th day of November, 2018.

Robert Kersnick, Vice President

James D. Portman, Vice President

ALLEGHENY CASUALTY COMPANY
CORPORATE SEAL
1936
NEW JERSEY

If rewrite, give orig. power #
☐ Increase   ☐ Decrease

Executing Agent  Logan W   11/337/01
Signature        License Number

Form# ACC.0100 (10/21)  NOT VALID FOR IMMIGRATION OR FEDERAL BONDS

ORIGINAL

1204013052

59102 - B84

**MARYELLEN O'SHAUGHNESSY**
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

 PLAINTIFF,

VS.   22 CR 4607

SI Y. YE,

 DEFENDANT.

CLERK OF COURTS
2023 AUG 29 AM 10:56
FILED COMMON PLEAS COURT FRANKLIN CO. OHIO

\*\*\*\* BAIL OR RECOGNIZANCE OF THE ACCUSED \*\*\*\* (PAGE 1)
TO APPEAR BEFORE THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO

BE IT REMEMBERED, THAT ON THE 29 DAY OF AUGUST , 2023,
SI Y. YE  AND
SELF  PERSONALLY APPEARED BEFORE
ME, AND JOINTLY AND SEVERALLY ACKNOWLEDGED THEMSELVES TO OWE TO THE
STATE OF OHIO, THE SUM OF 2,000.00 REPT RECOG DOLLARS, TO BE
LEVIED ON THEIR GOODS AND CHATTELS, LANDS AND TENEMENTS, IF DEFAULT BE
MADE IN THE CONDITION FOLLOWING, TO WIT:
 THE CONDITION OF THE BAIL OR RECOGNIZANCE IS SUCH THAT IF THE ABOVE-
BOUND DEFENDANT, SI Y. YE , PERSONALLY
BE AND APPEAR BEFORE THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY OR A
TRANSFEREE COURT, THEN AND THERE TO ANSWER TO CERTAIN CHARGE(S) FILED
HEREWITH AGAINST (HIM) (HER) FOR:

| | | |
|---|---|---|
| 2913.02 | F4 | THEFT |
| 2913.51 | F4 | RCVNG STOLEN PROPRTY |
| 2913.31 | F5 | FORGERY |

(CTYQ03-C03)

2

59102 - B83

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

    PLAINTIFF,

VS.        22 CR 4607

SI Y. YE,

    DEFENDANT.

**** BAIL OR RECOGNIZANCE OF THE ACCUSED **** (PAGE 2)

AND ABIDE THE ORDER AND JUDGMENT OF THE COURT, AND APPEAR FROM DAY TO DAY AND NOT DEPART WITHOUT LEAVE, UNTIL SUCH CASE IS FINALLY DISPOSED OF; THEN THIS BAIL OR RECOGNIZANCE SHALL BE VOID; OTHERWISE IT SHALL BE AND REMAIN IN FULL FORCE AND VIRTUE IN LAW.

THE DEFENDANT IS OBLIGATED TO KEEP THE COURT APPRISED OF (HIS) (HER) ADDRESS, INCLUDING ZIP CODE, TO KNOW THE DATE OF ALL SCHEDULED APPEARANCES AND TO APPEAR IN THIS COURT ON THOSE DATES, (HE) (SHE) UNDERSTANDS THAT THE COURT WILL, WITHIN TWENTY-ONE (21) DAYS FOLLOWING ARRAIGNMENT, NOTIFY (HIM) (HER) OF (HIS) (HER) NEXT SCHEDULED APPEARANCE AND THAT, ABSENT THAT NOTIFICATION, (HE) (SHE) MAY CALL THE CLERK OF COURTS AT (614) 525-3650 TO FIND OUT (HIS) (HER) NEXT APPEARANCE DATE. THE DEFENDANT AGREES THAT (HE) (SHE) BE FINGERPRINTED AND PHOTOGRAPHED BY THE FRANKLIN COUNTY SHERIFF.
    ADDITIONAL CONDITIONS:
    *ELCTRNC MNTRNG-HOME CNFNMT*RPT TO CNTRL INTK 345 S.HIGH ST, 1ST FL ON RLSE 614-525-6073

SIGNED AS A CHARGE BOND:

Logan Williams _____     X _Jingye Ye_
(NAME)                   (DEFENDANT NAME)

100 E Main St Financial bonds    X _265 E STATE ST_
(ADDRESS)                  (STREET ADDRESS)

Columbus Ohio 43215    X _Columbus Ohio 43215_
(CITY, STATE, ZIP)          (CITY, STATE, ZIP)

TAKEN AND ACKNOWLEDGED BEFORE ME ON

THE 29 DAY OF AUGUST , 2023

WITNESSED BY: _Dep Slack #7017_

(CTYQ03-C03)